1983 Form

# In the United States District Court
# For the Northern District of Alabama

AARON LAMONT JOHNSON

CV-16-HS-1460-S

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

ALABAMA BOARD OF PARDONS AND
PAROLES, PHYLLIS HILL, SHIRLEY
HANLY

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )    No (x)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____N/A_____

         Defendant(s) _____N/A_____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____N/A_____

      3. Docket Number _____N/A_____

      4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   N/A

6. Approximate date of filing lawsuit   N/A

7. Approximate date of disposition   N/A

II. Place of present confinement   WILLIAM G. DONALDSON INSTITUTION

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (x)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (x)

   C. If your answer is YES:

      1. What steps did you take?   N/A

      2. What was the result?   N/A

   D. If your answer is NO, explain why not?   THERE ARE NO OTHER REMEDIES.

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)   AARON LAMONT JOHNSON

      Address   100 WARRIOR LANE, BESSEMER, ALABAMA 35023

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant ALABAMA BOARD of PARDONS AND PAROLES

   is employed as ASSISTANT TO BOARD MEMBERS

   at 301 S. Ripley St, P.O. Box 302405, MONTGOMERY, AL 36130

C. Additional Defendants PHYLLIS HILL AND SHIRCOLL HANLY

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

ON JANUARY, 2013, NOVEMBER, 2014, AND NOVEMBER 2015, PLAINTIFF FILED A APPLICATION FOR A PARDON BASED ON INNOCENCE. ATTACHED TO PLAINTIFF APPLICATION FOR A PARDON WAS AFFIDAVITS OF EYE WITNESSES STATING PLAINTIFF DID NOT SHOOT AND KILL THE VICTIM. THE VICTIM WAS SHOT FROM INSIDE HIS VEHICLE BY THE PASSENGER CEDRIC JOHNSON. ON FEBRUARY, 2013, NOVEMBER, 2014, AND NOVEMBER, 2015, THE DEFENDANTS DENIED PLAINTIFF HIS STATUTORY AND DUE PROCESS RIGHTS TO BE CONSIDERED FOR A PARDON BASED ON INNOCENCE UNDER SECTION 15-22-36(C), ALA. CODE 1975, AT A HEARING UNDER ACTS 1947 NO 97-208.

-3-

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

DEFENDANTS BE ORDERED TO CONSIDER PLAINTIFF FOR A PARDON BASED ON INNOCENCE AT A HEARING AND AWARD PLAINTIFF $1,000,000⁰⁰ MILLION DOLLARS FOR DEFENDANTS DENYING HIM HIS RIGHTS.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 16, 2016_
(date)

_Aaron Johnson_

Signature(s)

- 4 -