# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AARON LAMONT JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:16-cv-01460-VEH-JEO |
| | ) |
| ALABAMA BOARD OF | ) |
| PARDONS AND PAROLES, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF TRANSFER TO MIDDLE DISTRICT OF ALABAMA

On September 15, 2016, the magistrate judge entered a report recommending that this action be transferred to the United States District Court for the Middle District of Alabama. Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has failed to object or otherwise respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, it is **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of

Alabama, pursuant to 28 U.S.C. § 1404(a).[1]  The Clerk is DIRECTED to take the appropriate steps to transfer this matter in accordance with this order.

**DONE** and **ORDERED** this 17th day of October, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge

---

[1] No ruling is made with regard to the pending application to proceed *in forma pauperis*; consideration of which is left to the sound discretion of the Middle District. (Doc. 2).